| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Propst, Robert B. | 2. Court or Organization U. S. District Court, ND/AL | 3. Date of Report 09/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 09/15/2014 |
| 7. Chambers or Office Address 305 Sky Drive Anniston, AL 36207 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 09/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 09/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 09/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Colonial Bank, Anniston, AL (CD) ▮▮▮ (BB&T) | A | Interest | K | T | | | | | Now BB&T |
| 2. Oppenheimer Fund Mutual Fund | A | Dividend | L | T | | | | | |
| 3. Regions Bank Anniston, AL (CD ▮▮ (several CD's) | A | Interest | M | T | | | | | |
| 4. Regions Bank Anniston, AL (CD) ▮▮ | A | Interest | K | T | | | | | |
| 5. Insurance Cash Surrender-In-Clifford Trust (Regions Bank) | A | Interest | K | T | | | | | Trust not ours |
| 6. Regions Bank Anniston, AL Cash-checking ▮▮ | A | Interest | K | T | | | | | |
| 7. Wells Fargo, Anniston, AL (Money Mkt Acct) ▮▮ | A | Interest | J | T | | | | | |
| 8. Mineral Rights, Fayette County, AL ▮▮ | A | Royalty | J | W | | | | | |
| 9. Regions Bank Checking ▮▮ | A | Interest | K | T | | | | | |
| 10. Wells Fargo Checking ▮▮ | A | Interest | K | T | | | | | |
| 11. Lincoln National Life Annuity ▮▮ (2 accts) | B | Interest | K | T | | | | | |
| 12. Hartford Insurance Annuity ▮▮ | A | Int./Div. | L | T | | | | | |
| 13. Western Southern Annuity ▮▮ | B | Int./Div. | L | T | | | | | |
| 14. 1/2 int Calhoun Cty unimproved real estate ▮▮ | A | None | M | W | | | | | |
| 15. Noble Bank & Trust Company Common Stock ▮▮ | A | Dividend | K | T | | | | | |
| 16. Noble Bank & Trust CD ▮▮ | A | Interest | K | T | | | | | |
| 17. Wells Fargo Bank CD ▮▮ | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Southern States Bank CD▮ | B | Interest | M | T | | | | | |
| 19. Noble Bank & Trust CD▮ | A | Interest | L | T | | | | | |
| 20. Fidelity Contra Fund | B | Dividend | K | T | | | | | |
| 21. Fidelity Puritan | B | Dividend | K | T | | | | | |
| 22. Fidelity Balanced | B | Dividend | K | T | | | | | |
| 23. Fidelity Blue Chip Growth | B | Dividend | K | T | | | | | |
| 24. Fund▮ Fidelity Contra | B | Dividend | K | T | | | | | |
| 25. Fidelity Blue Chip Growth▮ | B | Dividend | J | T | | | | | |
| 26. Black Rock Global - mutual▮ | A | Int./Div. | K | T | | | | | |
| 27. Franklin Income - Mutual▮ | C | Int./Div. | K | T | | | | | |
| 28. Thornburg Limited Mun. Fund▮ | A | Interest | K | T | | | | | |
| 29. Fidelity VIP Eq Inc. | B | Dividend | M | T | | | | | |
| 30. Fidelity VIP Growth | B | Dividend | M | T | | | | | |
| 31. Fidelity VIP Growth & Inc. | B | Dividend | K | T | | | | | |
| 32. Morgan Stanley Emer. Mkt Eq | B | Dividend | L | T | | | | | |
| 33. Wells Fargo Adv. VT Disc. | B | Dividend | K | T | | | | | |
| 34. Invesco V.I. Global Core Eq. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 09/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AG Edwards now Wells Fargo Securities
Southtrust Bank became Wachovia and then Wells Fargo
Blackrock Global & Franklin Income are in a Wells Fargo Account.
Thornburg Mun. Fund is in a Morgan Keegan Account.
Blackrock is Global Allocation Class C MCLOX
Franklin is CL C FCIS X
Some income is partial estimate.


Income from the separate mutual funds is largely estimated. The value ranges of the mutual funds are clearly established. Some Fidelity Funds are

I began inactive senior status on 9/16/2014. I assume that I will not be further required to file.

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 09/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Propst**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544